**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JUL 16  PM 2: 19

(Youngs)
Yvonne, Michael, Shatara, Aaron  *

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

_____

_____ *

_____

*(Full name and address of the plaintiff)*
**Plaintiff(s)**

**WDQ14CV2273**

vs.  *

Civil No.:_____
*(Leave blank. To be filled in by Court.)*

Camille Yarborough

Virginia Alexander   *
Virginia Buffington

Their Organization
       Members   *

_____

*(Full name and address of the defendant(s))*
**Defendant(s)**  *
                  ******

**COMPLAINT**

1.    Jurisdiction in this case is based on:

☐    Diversity (none of the defendants are residents of the state where plaintiff is a
      resident)

☒    Federal question (suit is based upon a federal statute or provision of the United
      States Constitution) Protecting The Maryland State
      Constitution of Articles, 36, 37, 40, 42, 44

☐    Other (explain) _for Yvonne Young, Michael Young,_
      _Shatara Young, Aaron Young and_
      _Tymia._
      _____

2.    The facts of this case are:

Yvonne Young

2811 Druid Park Dr. - "Doughties of Portsmouth"

1971 - 1977

Employees: Camille Smith Yarborough
Yvonne Kushner
Evon Alford - California (Military)

Company was purchased - Name changed.

Employees: Yvonne Young - (under CIA)
company.
Camille Smith
Yarborough

Presently: many events are unfolding which
leads to the abuse from Camille Smith Yarborough
and her position with Yvonne Kushner and
Virginia Buffington Alexander. Not only was
Yvonne Young repeatly attacked and abused
they systematiclly did the same with other
members. 2004 - Days Inn. chemical abuse
2005 - Chemical gassing through Sprinkler
System. Another unit Never given. I am sure
the owners of both places were not aware.
Yet are responsible. Not only am I displaced.
Other members of my assembly are as well.
The reporting of the gasses and no funds, no
housing is very questionable. Name on housing list
since 10|6|2006

Michael, Yvonne Young: Small amts. of monies in our accounts
for eating were removed 7 (15) 2014
7 - 15 - 2014     reminding me also of  STARVATION

3.      The relief I want the court to order is:

☒      Damages in the amount of: Each family member is to receive housing with monetary damages

☒      An injunction ordering: _____
All
Members are to retain their given Social Security
Numbers.

☒      Other (explain) An Open ~~apolize~~ apology to the
entire U.S. Military for the state of
Maryland.


July 16, 2014
(Date)

Yvonne Young
(Signature)

Yvonne Young

410-926-7924
Email: Yvonneyoung611@yahoo.com

(Printed name, address and phone number of
Plaintiff)


## Privacy Rules and Judicial Conference Privacy Policy

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

(Youngs)
Yvonne, Michael, Shatara, Aaron *

_____

_____ *

*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.                                 *        Civil No.:_____
                                             *(Leave blank.  To be filled in by Court.)*

Camille Yarborough

Virginia Alexander
Virginia Buffington                  *

Their Organization
Members                              *

_____

*(Full name and address of the defendant(s))*
**Defendant(s)**                     *
                                     ******

## COMPLAINT

1.  Jurisdiction in this case is based on:

    ☐   Diversity (none of the defendants are residents of the state where plaintiff is a resident)

    ☒   Federal question (suit is based upon a federal statute or provision of the United States Constitution) Articles, 36, 37, 40, 42, 44.

    ☒   Other (explain) forcefully - members "Youngs" were told that 'The only way they will be allowed to live in Maryland is by becoming Drug Smugglers' youngest- "12 years old" - February 2013 - July 2014
    Persons Statements: Camille Yarborough
                        Virginia Alexander
                        Virginia Buffington

2. The facts of this case are:

Yvonne Young: Monies Pending from Trust Fund, Mental Abuse. Condo Located at 502 St. Paul Street Baltimore, Md 21202. (No residence - homeless) 3 judges issued a proclaimation for David Caruso Johnston to return the 750 million and condo to Yvonne Young in February within (3) days. This was February of 2014. He has Not complied.

David Caruso Johnston: FBI Las Vegas Monies From: John Kemp, Israel

Shatara Young: Sexual Assult. June, 2014. Mental Abuse
Military Status forcing her to comply with drug smuggling Lost of residence. Homeless.

Aaron Young: Mental Abuse (12 years old) *****
attempting to force him to carry drugs Lost of residence, homeless.

Michael Young Mental Abuse & forcing and attempting
Military Status and encougement of drug smuggling verses the status of death. Lost of residence homeless.

Conclusion: If monies were released to my person as the judges asked then the above statements would not have been made possible in conjunction with the abuse we all have endured.

Complaint (Rev. 12/2000) Camille Yarborough, Virginia Alexander have repeatedly accused my family of Drug Smuggling. My opinion after discovering the above is that these two are not only Drug Smugglers but their connection is of a foreign nature. Germany.

3.      The relief I want the court to order is:

☒   Damages in the amount of: _Each family member is to receive housing along with monetary damages._

☒   An injunction ordering: _____
_David Caruso Johnston release monies to Yvonne Young_

☒   Other (explain) _Camille Yarborough, Virginia Alexander be Placed in a max. security, criminally insane enviroment._


_July 16, 2014_
(Date)

_Yvonne Young_
(Signature)

_Yvonne Young_
_410-926-7924_
_Email: yvonneyoung611@yahoo.com_
_Email:_
(Printed name, address and phone number of
Plaintiff)


**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.